IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE SCOTT, JR.                                                                                    PLAINTIFF
ADC #070908

v.                                            No. 5:11-cv-269-DPM

JIMMY COLEMAN, IV, *et al.*                                                            DEFENDANTS

ORDER

The Court has reviewed *de novo* Magistrate Judge Joe J. Volpe's recommended disposition and Scott's objection, *Document Nos. 9 & 11*. Judge Volpe's careful analysis of the law is correct, and the Court adopts it in full. Scott's complaint is dismissed with prejudice. And this dismissal is a statutory strike. 28 U.S.C. § 1915(g).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2012