IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE SCOTT, JR.                                                                                    PLAINTIFF
ADC #070908

v.                                          No. 5:11-cv-269-DPM

JIMMY COLEMAN, IV, *et al.*                                                              DEFENDANTS

JUDGMENT

Scott's complaint is dismissed with prejudice and the dismissal is a statutory strike.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 January 2012