**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIE SCOTT, JR., ADC #070908                                  PLAINTIFF

v.                          5:11-cv-00269-DPM-JJV

JIMMY COLEMAN, IV; *et al*.                                    DEFENDANTS

**ORDER**

       Pursuant to the October 23, 2012, Opinion and December 26, 2012, Mandate issued by the United States Court of Appeals for the Eighth Circuit (Doc. Nos. 21, 23), the Court finds service is now appropriate for Plaintiff's retaliatory-transfer claim against Defendant Weekly. Accordingly,

       IT IS, THEREFORE, ORDERED that service is appropriate for Defendant A. Weekly. The Clerk of the Court shall prepare Summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 6) and Summons on this Defendant in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

       IT IS SO ORDERED this 7th day of January, 2013.

                                                   _____
                                                   JOE J. VOLPE
                                                   UNITED STATES MAGISTRATE JUDGE