IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| WILLIE SCOTT, JR., ADC #070908, | * |
| Plaintiff, | * |
| v. | * |
| JIMMY COLEMAN, IV, Lieutenant, Cummins Unit, Arkansas Department of Correction; *et al.*, | *   No. 5:11CV00269-JJV |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 24th day of October, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1